

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-26-00162-CR

EX PARTE JACOB HARDER

On Appeal from the 69th District Court
Dallam County, Texas
Trial Court No. 13607, Honorable Kimberly Allen, Presiding

May 4, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Jacob Harder, appeals from the trial court's order on his pretrial application for writ of habeas corpus. Pending before this Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney. As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.